UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARA FERRIS, individually, and as mother and next of fried to OLIVA FERRIS,<br><br>          Plaintiff,<br><br>v.<br><br>DONNA DARRELL and POUND HOUNDS ResQ, and ANIMAL CARE CENTERS OF NEW YORK CITY,<br><br>          Defendants | Civil Action No. 18-10204-DPW<br><br>No. 20 Civ. 6021 (NRB) (S.D.N.Y.) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Ashley L. McCormack on behalf of defendant Animal Care Centers of New York City, Inc., in the above-captioned matter.

Dated: October 20, 2020

Attorneys for Defendant

ANIMAL CARE CENTERS OF NEW YORK CITY

By: */s/ Ashley L. McCormack*
Ashley L. McCormack, of counsel, BBO #694007
Brian P Voke, of counsel, BBO #544327
CAMPBELL CONROY & O'NEIL
1 Constitution Wharf, Suite 310
Boston, MA 02129
(617) 241-3000

*Local counsel to*
Molod Spitz & DeSantis, P.C.
1430 Broadway, 21st Floor
New York, NY 10018
(212) 869-3200

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 18, 2020

1