```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SHARA FERRIS, INDIVIDUALLY, AND AS
MOTHER AND NEXT FRIEND TO O.F.,

                    Plaintiffs,                ORDER

       - against -                             20 Civ. 6021 (NRB)

DONNA DARRELL, POUND HOUNDS RES-Q,
and ANIMAL CARE CENTERS OF NEW YORK
CITY,

                    Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS one of the plaintiffs in this case is a minor child; and

WHEREAS the parties have reached proposed settlements that resolve all claims with respect to the minor child; and

WHEREAS the parties have petitioned for Court approval of the proposed settlements according to infant compromise procedures set forth in Southern District of New York Local Civil Rule 83.2 (ECF Nos. 93 and 94); and

WHEREAS, upon reviewing the petitions and photographs of the minor child's injuries submitted for in camera inspection, the settlements appear to be in the minor child's best interest and good cause is shown to approve those settlements; and

WHEREAS, upon the Court's approval of the proposed settlements, plaintiff Shara Ferris has agreed to release all

remaining claims, including her individual claims, in the case (ECF No. 95); it is hereby

**ORDERED** that the $2,500 settlement between plaintiffs and Animal Care Centers of New York City is approved (ECF No. 93); and it is further

**ORDERED** that the $40,000 settlement between plaintiffs and Pound Hounds Res-Q and Donna Darrell is approved (ECF No. 94); and it is further

**ORDERED** that plaintiff's counsel is entitled to a reasonable fee of $14,166.66, consistent with the fee agreements executed by the plaintiffs, and $6,320.30 in costs, for a total of $20,486.96.

As all claims in this case have been resolved, the Clerk of Court is respectfully directed to terminate the case.

DATED:   New York, New York
         July 12, 2021

                                          _____
                                             NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE